DENIS QUINN, Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellants.

(Argued June 6, 1873; decided June 10, 1873.)

*David J. Dean* for the appellants.

*A. R. Lawrence, Jr.,* for the respondent.

Agree to affirm on opinion of court at Special Term.   All concur except GROVER and ANDREWS, JJ., not voting.
   Judgment affirmed.

———————

THE FLOUR CITY NATIONAL BANK OF ROCHESTER, Respondent, *v.* ELISHA D. WHITNEY, Appellant.

THE SAME, Respondent, *v.* THE SAME, Appellant.

THE FIRST NATIONAL BANK OF CANANDAIGUA, Respondent, *v.* ELISHA D. WHITNEY et al., Appellants.

THE SAME, Respondent, *v.* THE SAME, Appellants.

THE SAME, Respondent, *v.* THE SAME, Appellants.

(Argued June 6, 1873; decided June 10, 1873.)

These cases were argued and decided together.
Judgments affirmed.   No opinion.
All concur.